# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff(s)<br>v.<br>SHE BEVERAGE COMPANY, INC., LUPE L. ROSE, SONJA F. SHELBY AND KATHERINE DIRDEN<br><br>Defendant(s). | CASE NUMBER<br>2:21-cv-07339-CAS-ASx<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bletzacker, Jonathan D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

801-532-1234   801-536-6111
*Telephone Number*   *Fax Number*

jbletzacker@parsonsbehle.com
*E-Mail Address*

of PARSONS BEHLE & LATIMER
201 S. Main St., Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SHE Beverage Company, Inc., Lupe L. Rose, Sonja F. Shelby and Katherine Dirden
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Buche, John K.
*Designee's Name (Last Name, First Name & Middle Initial)*

239477   (310) 593-4193   (858) 430-2426
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jbuche@buchelaw.com
*E-Mail Address*

of Buche & Associates, P.C.
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated November 19, 2021

*Christine A. Snyder*
**U.S. District Judge**/~~U.S. Magistrate Judge~~