# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission<br><br>PLAINTIFF(S)<br><br>v.<br><br>SHE Beverage Company, Inc. et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-07339-CAS-ASx<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| November 30, 2021 | 20 | Application of Non-Resident Attorney Brent R. Ba |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

Counsel is hereby ordered to submit their Certificate of Good Standing with the State of New York, forthwith. Should a Certificate of Good Standing not be submitted by Tuesday, December 7, 2021, the Application of Non-Resident Attorney Brent R. Baker shall be STRICKEN, for failure to comply.

Clerk, U.S. District Court

Dated: December 2, 2021          By: D. Rojas
                                      Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

---

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

G-112B (01/07)