UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-CV-07339-CAS (ASx) | Date | December 21, 2022 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. SHE BEVERAGE COMPANY, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   (IN CHAMBERS) – ORDER TO SHOW CAUSE REGARDING ENTRY OF CLERK'S DEFAULT

On September 14, 2021, plaintiff Securities and Exchange Commission (the "SEC") filed a complaint in a civil enforcement action against defendants SHE Beverage Company, Inc., ("SHE Beverage"), Lupe L. Rose, Sonja F. Shelby, and Katherine E. Dirden, alleging violations of sections 5 and 17(a) of the Securities Act of 1933, 15 U.S.C. §§ 77(e)(a), 77(e)(c), 77q(a), and section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5(a)-(c). Dkt. 1 at 3. On November 15, 2021, defendants filed an answer to plaintiff's complaint. Dkt. 13.

On October 21, 2022, Larson LLP filed a motion to withdraw as attorneys of record for SHE Beverage and a request for approval of substitution of counsel for Rose. Dkts. 52, 53. On October 31, 2022, the Court issued an order granting Larson LLP's motion to withdraw as attorneys of record for SHE Beverage. Dkt. 60. In its order, the Court stated that "[s]ince SHE Beverage is a corporate entity, and as such, may not appear *pro se*, SHE Beverage must retain new counsel within thirty (30) days of the date this order takes effect." Id. at 3. On December 19, 2022, the SEC requested that the Clerk enter default against SHE Beverage on account of its failure to comply with the Court's order. Dkt. 73.

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-CV-07339-CAS (ASx) | Date | December 21, 2022 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. SHE BEVERAGE COMPANY, INC., ET AL. | | |

Contrary to the Court's October 31 order, as of December 20, 2022, SHE Beverage has not retained new counsel in this action. Accordingly, defendant SHE Beverage is **ORDERED** to **SHOW CAUSE**, within fifteen (15) days of the date this order takes effect, why a Clerk's default should not be entered for failure to retain new counsel.

IT IS SO ORDERED.

|  | | 00 : 00 |
|---|---|---|
| | Initials of Preparer | CMJ |