UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL                'O'

| Case No. | 2:21-cv-07339-CAS(ASx) | Date | March 30, 2023 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. SHE BEVERAGE COMPANY, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                  Not Present

**Proceedings:** (IN CHAMBERS) – REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT SHE BEVERAGE COMPANY, INC. (Dkt. 73, filed on December 19, 2022)

On September 14, 2021, plaintiff Securities and Exchange Commission (the "SEC") filed a complaint in a civil enforcement action against defendants SHE Beverage Company, Inc., ("SHE Beverage"), Lupe L. Rose, Sonja F. Shelby, and Katherine E. Dirden, alleging violations of sections 5 and 17(a) of the Securities Act of 1933, 15 U.S.C. §§ 77(e)(a), 77(e)(c), 77q(a), and section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5(a)-(c).  Dkt. 1 at 3.

On October 21, 2022, Larson LLP filed a motion to withdraw as attorneys of record for SHE Beverage.  Dkts. 52, 53.  On October 31, 2022, the Court issued an order granting Larson LLP's motion.  Dkt. 60.  In its order, the Court stated that "[s]ince SHE Beverage is a corporate entity, and as such, may not appear *pro se*, SHE Beverage must retain new counsel within thirty (30) days of the date this order takes effect." Id. at 3; see also L.R. 83-2.2.2.  On December 19, 2022, the SEC requested that the Clerk enter default against SHE Beverage on account of its failure to comply with the Court's order.  Dkt. 73.

On December 21, 2022, the Court issued an Order to Show Cause Regarding Entry of Clerk's Default, ordering defendant SHE Beverage to show cause as to why a Clerk's default should not be entered against it for failure to retain new counsel.  Dkt. 75.  On January 3, 2023, individual defendant Lupe L. Rose filed a response, requesting additional time to retain new counsel for SHE Beverage and explaining that she was

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'

| Case No. | 2:21-cv-07339-CAS(ASx) | Date | March 30, 2023 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. SHE BEVERAGE COMPANY, INC., ET AL. | | |

unable to retain new counsel in accordance with the timeline set forth in the Court's October 31, 2022 order due to a lack of funds. Dkt. 77. On January 13, 2023, the Court granted Rose's request and gave SHE Beverage an additional thirty days to retain new counsel. Dkt. 78. The Court's January 13, 2023 order stated that failure to retain new counsel within thirty days "will result in the Clerk's entry of default against SHE Beverage, which as a corporate entity, may not proceed *pro se* in this action." Id. SHE Beverage has failed to retain new counsel within the timeline set forth in the Court's January 13, 2023 order.

Under Local Rule 83-2.2.2, organizations and entities of any kind may not represent themselves *pro se*. See L.R. 83-.2.2.2. Failure to comply with this rule may be cause for sanctions, including dismissal or judgment by default. L.R. 83-2.2.4. In light of SHE Beverage's failure to retain new counsel notwithstanding this Court's numerous admonishments that, as a corporate entity, it may not proceed *pro se*, the Court finds that a Clerk's default should be entered against it. In accordance with the foregoing, the Court directs the Clerk to enter default against SHE Beverage. All dates in this action are hereby VACATED.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |