Lupe Rose Shelby
7426 Cherry Avenue
210-744
Fontana, CA 92336
Phone | 661-675-5435
Lupeshelby1@gmail.com

August 19, 2025

```
FILED
CLERK, U.S. DISTRICT COURT
8/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

The Honorable Michelle Williams Court
United States District Court

Re: Lupe L. Rose v. U.S. Securities and Exchange Commission
Case No. Case No.: 2-21-cv-07339-CAS-AS

Dear Honorable Michelle Williams Court,

I respectfully submit this cover letter in conjunction with my Reply in Support of Renewed Motion to Disqualify Judge Christina A. Snyder.

Given the voluminous financial evidence at issue and the prior court's failure to meaningfully review critical documentation, I have created a dedicated website, shebeveragecompanyfacts.com, which provides a clear and comprehensive snapshot of the financial records and related exhibits spanning 2009 to 2022. The website contains hundreds of photographs and documents demonstrating legitimate expenses and financial activity that were previously dismissed or ignored.

I respectfully invite Your Honor to review this website as a resource to better understand the factual basis of my case. This evidence is vital to fully appreciating the extent of prosecutorial misconduct and judicial oversight issues that have significantly impacted these proceedings.

Thank you for your time and consideration in this matter. I remain hopeful that under your impartial review, the integrity of these proceedings can be restored.

Respectfully submitted,

Lupe L. Rose
Defendant, Pro Se